## No. 17,420.

SMITH *v.* WAGNER.
(279 P. [2d] 1057)

Decided February 14, 1955.

An action involving an oral lease of farm property, the consideration being that the lessor was to receive "Fifty per cent of the crop raised therefrom." Judgment for defendant.

Mr. ISAAC MELLMAN, Mr. GERALD N. MELLMAN, for plaintiff in error.

Mr. FRANK D. ALLEN, Mr. FRANK D. ALLEN, JR., for defendant in error.